UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SMITH, | No. 2:14-cv-1832 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TIM HART, et al., | |
| Defendants. | |

By order filed October 10, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED[1] that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: November 20, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
smit1832.dis

---

[1] Plaintiff has consented to have all proceedings in this matter before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

1